JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile: 415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>    v.<br>APPROXIMATELY $21,380 IN UNITED STATES CURRENCY;<br>APPROXIMATELY $17,000 IN UNITED STATES CURRENCY;<br>APPROXIMATELY $2,265 IN UNITED STATES CURRENCY;<br>                    Defendant. | No. 09-0675 PJH<br><br>[~~PROPOSED~~] ORDER STAYING PROCEEDING PURSUANT TO 18 U.S.C. § 981(g) |

      UPON CONSIDERATION of the Stipulation to Stay Proceeding, the entire record, and for good cause shown, it is by the Court on this __16th__ day of April, 2009

      ORDERED that the instant case be, and hereby is, STAYED, until __July 14, 2009__, pursuant to 18 U.S.C. § 981(g);

IT IS SO ORDERED

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge